ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PETER BRASSELER HOLDINGS, L.P.,
and BRASSELER USA, INC.,

Civil Action No.: CV407-025-BAE

    Plaintiffs,

v.

GEBR. BRASSELER GmbH & CO. KG,
KOBRA, INC. d/b/a KOMET USA, and
KOMET USA, LLC,

    Defendants.

## CONSENT ORDER

On May 15, 2007, Plaintiffs to this action filed their Motion for Order to Show Cause and for Modification of the Preliminary Injunction [Doc. # 52] and served Defendants with the same by placing a copy in the United States mail. Plaintiffs also served Defendants' counsel Paul Painter by hand, although the Certificate of Service does not reflect that method of service. Because Defendants believed they had been served only by mail, pursuant to Local Rule 7.5 and Federal Rule of Civil Procedure 6(e), Defendants calculated the date upon which their response is due as June 4, 2007, encompassing fifteen days plus a three day extension for service via mail.

The ECF docket entry for Plaintiffs' Motion reflects a response date of May 30, 2007 [*see* entry for Doc. # 52], and the Court noted that date as the response deadline in its Order dated May 21, 2007. [Doc. # 55.]

Because of the mistake in the Certificate of Service, Plaintiffs have agreed to an extension to June 4, 2007 for Defendants to respond to Plaintiffs' Motion. Accordingly, it is hereby ORDERED that the due date for Defendants' response to Plaintiffs' Motion for Order to Show Cause and for Modification of the Preliminary Injunction [Doc. # 52] is June 4, 2007.

3836267_2.DOC

SO ORDERED this ___ day of May 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

CONSENTED TO:

| HUNTER, MACLEAN, EXLEY & DUNN, P.C. | MILLER & MARTIN PLLC |
|---|---|
| By: *[signature] by JMW w/ express permission* | By: *[signature]* |
| John M. Tatum | William P. Eiselstein |
| Georgia Bar No. 699000 | Georgia Bar No. 242798 |
| Julie M. Wade | Ryan A. Kurtz |
| Georgia Bar No. 729707 | Georgia Bar No. 430484 |
| Matthew C. Henderson | |
| Georgia Bar No. 346334 | 1170 Peachtree St. N.E., Suite 800 |
| | Atlanta, Georgia 30309 |
| P.O. Box 9848 | Tel: (404) 962-6100 |
| Savannah, Georgia 31412 | Fax: (404) 962-6300 |
| Tel: (912) 236-0261 | |
| Fax: (912) 236-4936 | ELLIS, PAINTER, RATTERREE & ADAMS LLP |
| | Paul W. Painter |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendants* |